Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone:  (973) 643-7000
Facsimile:  (973) 643-6500

*Attorneys for Defendant Roxane Laboratories, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC. and GRÜNENTHAL GMBH,<br><br>          Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC and ALKEM LABORATORIES LIMITED,<br><br>          Defendants/Counterclaim Plaintiffs. | Civil Action No. 2:13-cv-04507 CCC-MF<br>(Consolidated, Lead Case) |
| JANSSEN PHARMACEUTICALS, INC. and GRÜNENTHAL GMBH,<br><br>          Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ROXANE LABORATORIES, INC.,<br><br>          Defendant/Counterclaim Plaintiff. | Civil Action No. 2:13-cv-06929 CCC-MF<br>(Consolidated) |
| JANSSEN PHARMACEUTICALS, INC. and GRÜNENTHAL GMBH,<br><br>          Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ALKEM LABORATORIES LIMITED,<br><br>          Defendant/Counterclaim | Civil Action No. 2:13-cv-07803 CCC-MF<br>(Consolidated) |

1

|  |  |
|---|---|
| Plaintiff. | |
| JANSSEN PHARMACEUTICALS, INC. and GRÜNENTHAL GMBH,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ROXANE LABORATORIES, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 2:14-cv-03941-CCC-MF<br>(Consolidated) |
| JANSSEN PHARMACEUTICALS, INC. and GRÜNENTHAL GMBH,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>WATSON LABORATORIES, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 2:14-cv-04617-CCC-MF<br>(Consolidated) |

## **NOTICE OF APPEAL**

NOTICE is hereby given that Defendant Roxane Laboratories, Inc. ("Roxane") appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment and Injunction issued on April 11, 2017 and entered as Dkt. No. 582 in Civil Action No. 13-cv-4507, as Dkt. No. 209 in Civil Action No. 13-cv-6929, and as Dkt. No. 214 in Civil Action No. 14-cv-03941, along with all adverse findings, holdings, rulings, conclusions, claim constructions, determinations, opinions, and orders underlying that Final Judgment and Injunction, or leading thereto or merged therein, whether in the lead or the consolidated cases, including, but not limited to, the Opinion and Order issued on September 30, 2016. (Dkt. Nos. 536, 537 in C.A. No. 13-cv-4507).

Civil Action No. 13-cv-4507 is the lead case for all purposes for consolidated Civil Action Nos. 13-cv-6929 and 14-cv-3941, in which Roxane is a Defendant.  By Order of the District Court, any filing in that lead case "shall be made only in the lead case" and "will be deemed filed in each of the other consolidated actions."  (Dkt. No. 326, Civil Action No. 13-cv-4507; Dkt. No. 204, Civil Action No. 13-cv-6929; Dkt. No. 190, Civil Action No. 14-cv-3941.) Pursuant to that Order, this Notice should be deemed filed in all consolidated cases, however, to avoid any ambiguity given entry of the Final Judgment and Injunction separately in each consolidated case, this Notice shall be filed in identical form in Civil Action No. 13-cv-6929 and in Civil Action No. 14-cv-3941.

Included herewith is payment of the filing fee ($5.00) and the docketing fee ($500.00) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(3)(A), Federal Rule of Appellate Procedure 3(e), and the United States District Court for the District of New Jersey fee schedule.

Respectfully submitted,

May 10, 2017

*/s/ Beth S. Rose*

Beth S. Rose
Vincent Lodato
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
brose@sillscummis.com
vlodato@sillscummis.com

*Attorneys for Defendant Roxane Laboratories, Inc.*

Of Counsel:

LATHAM & WATKINS LLP
Kenneth G. Schuler

3

Lauren K. Sharkey
330 N. Wabash St., Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
kenneth.schuler@lw.com
lauren.sharkey@lw.com

Terrence J. Connolly
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
terrence.connolly@lw.com

Gregory K. Sobolski
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
gregory.sobolski@lw.com

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the attached **NOTICE OF APPEAL** has been served via ECF this May 10, 2017 on all counsel of record.

                                                                   s/ Beth S. Rose  
                                                                 BETH S. ROSE